**Adventures in Zambezia - Cinema Management Group (SHA1: 0B05A66AD9AAA318534C59A305B64CA55D8E21C7) - Northern District of Illinois**

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | DossierNum | ISP | city | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 50.140.129.188 | 2D555433313 | µTorrent 3.1.3 | 10/2/12 11:55:31 PM | S0054-000 | Comcast ( | Chicago | Cook |
| 2 | 68.60.227.254 | 2D555433323 | µTorrent 3.2.1 | 10/2/12 06:57:45 AM | S0054-000 | Comcast ( | Chicago | Cook |
| 3 | 209.102.175.159 | 4D372D372D | BitTorrent 7.7.0 | 10/2/12 12:53:16 AM | S0054-000 | Mebtel Co | Dixon | Lee |
| 4 | 108.80.237.204 | 4D372D372D | BitTorrent 7.7.0 | 10/2/12 04:53:26 AM | S0054-000 | AT&T U-v | Woodstock | McHenry |
| 5 | 67.162.61.20 | 2D424330313 | BitComet 1.31 | 10/2/12 12:25:46 AM | S0054-000 | Comcast ( | Elk Grove Village | Cook |
| 6 | 24.221.36.16 | 4D372D372D | BitTorrent 7.7.0 | 10/3/12 06:00:23 PM | S0054-000 | Sprint PCS | Addison | DuPage |
| 7 | 99.46.70.65 | 2D554D3136 | µTorrent Mac 1.6. | 10/3/12 06:26:48 AM | S0054-000 | AT&T U-v | Chicago | Cook |
| 8 | 98.213.63.198 | 2D555433323 | µTorrent 3.2.0 | 10/4/12 03:04:54 AM | S0054-000 | Comcast ( | Sterling | Whiteside |
| 9 | 67.167.115.141 | 2D415A3437 | Vuze 4.7.2.0 | 10/4/12 05:52:06 PM | S0054-000 | Comcast ( | Glen Ellyn | DuPage |
| 10 | 67.175.122.202 | 2D555433323 | µTorrent 3.2.0 | 10/4/12 11:16:21 PM | S0054-000 | Comcast ( | La Grange | Cook |
| 11 | 108.241.77.189 | 2D555433323 | µTorrent 3.2.0 | 10/5/12 08:35:23 PM | S0054-000 | AT&T U-v | Chicago | Cook |
| 12 | 71.201.80.132 | 2D415A3437 | Vuze 4.7.1.2 | 10/5/12 12:18:43 PM | S0054-000 | Comcast ( | Hanover Park | DuPage |
| 13 | 24.15.22.45 | 2D554D3136 | µTorrent Mac 1.6. | 10/5/12 05:45:06 AM | S0054-000 | Comcast ( | Chicago | Cook |
| 14 | 209.102.189.16 | 2D555432323 | µTorrent 2.2.1 | 10/6/12 02:19:47 AM | S0054-000 | Mebtel Co | Thomson | Carroll |
| 15 | 108.240.25.173 | 4D372D362D | BitTorrent 7.6.0 | 10/6/12 01:07:32 AM | S0054-000 | AT&T U-v | Chicago | Cook |
| 16 | 108.237.13.14 | 2D555433323 | µTorrent 3.2.0 | 10/6/12 10:59:03 PM | S0054-000 | AT&T U-v | Chicago | Cook |
| 17 | 99.180.192.44 | 2D555433323 | µTorrent 3.2.0 | 10/7/12 02:30:14 PM | S0054-000 | AT&T Inte | Palatine | Cook |
| 18 | 24.15.192.115 | 2D555433313 | µTorrent 3.1.3 | 10/7/12 01:41:58 PM | S0054-000 | Comcast ( | Great Lakes | Lake |
| 19 | 66.87.92.48 | 2D415A3437 | Vuze 4.7.2.0 | 10/7/12 07:33:29 PM | S0054-000 | Sprint PCS | Chicago | Cook |
| 20 | 96.24.30.168 | 2D424330313 | BitComet 1.31 | 10/9/12 10:58:31 AM | S0054-000 | Clearwire | Chicago | Cook |
| 21 | 98.228.1.229 | 2D415A3437 | Vuze 4.7.2.0 | 10/10/12 04:32:35 AM | S0054-000 | Comcast ( | Chicago Heights | Cook |
| 22 | 99.119.120.224 | 2D555433323 | µTorrent 3.2.0 | 10/11/12 09:20:53 PM | S0054-000 | AT&T U-v | Chicago | Cook |
| 23 | 98.253.133.48 | 2D555433313 | µTorrent 3.1.2 | 10/11/12 10:52:20 PM | S0054-000 | Comcast ( | Burbank | Cook |
| 24 | 24.12.231.95 | 2D555433313 | µTorrent 3.1.3 | 10/13/12 02:42:19 PM | S0054-000 | Comcast ( | Elgin | Kane |
| 25 | 76.16.133.68 | 2D555433323 | µTorrent 3.2.0 | 10/15/12 03:38:04 PM | S0054-000 | Comcast ( | Hanover Park | DuPage |
| 26 | 71.239.110.26 | 2D555433323 | µTorrent 3.2.1 | 10/15/12 12:34:42 AM | S0054-000 | Comcast ( | Orland Park | Cook |
| 27 | 24.7.204.128 | 2D415A3435 | Vuze 4.5.0.4 | 10/16/12 01:08:01 AM | S0054-000 | Comcast ( | Chicago | Cook |
| 28 | 67.184.154.165 | 2D415A3437 | Vuze 4.7.2.0 | 10/16/12 01:11:33 AM | S0054-000 | Comcast ( | Algonquin | McHenry |
| 29 | 24.12.178.33 | 2D555433323 | µTorrent 3.2.1 | 10/21/12 12:48:54 AM | S0054-000 | AT&T U-v | Chicago | Cook |
| 30 | 108.245.13.137 | 2D415A3437 | Vuze 4.7.2.0 | 10/21/12 05:30:14 AM | S0054-000 | AT&T U-v | Chicago | Cook |
| 31 | 24.13.131.164 | 2D555433313 | µTorrent 3.1.3 | 10/26/12 01:02:15 PM | S0054-000 | Comcast ( | Zion | Lake |
| 32 | 108.192.37.101 | 2D424330313 | BitComet 1.34 | 11/4/12 05:01:25 AM | S0054-000 | AT&T U-v | Chicago | Cook |
| 33 | 108.202.126.249 | 4D372D372D | BitTorrent 7.7.0 | 11/6/12 04:28:05 AM | S0054-000 | AT&T U-v | Rockford | Winnebago |
| 34 | 67.165.166.229 | 2D555433303 | µTorrent 3.0.0 | 11/9/12 11:11:11 AM | S0054-000 | Comcast ( | Des Plaines | Cook |

| # | IP | Hash | Client | Date/Time | Case | ISP | City | County |
|---|-----|------|--------|-----------|------|-----|------|--------|
| 35 | 67.159.2.250 | 2D42433031: | BitComet 1.34 | 11/10/12 01:34:14 AM | S0054-000 | FDCserve | Chicago | Cook |
| 36 | 76.29.23.224 | 2D71423239: | qBittorrent 2.9.7 | 11/19/12 05:04:25 AM | S0054-000 | Comcast ( | Niles | Cook |
| 37 | 99.99.13.214 | 4D372D372D | BitTorrent 7.7.0 | 11/21/12 05:18:31 PM | S0054-000 | AT&T U-v | Montgomery | Kendall |
| 38 | 67.149.227.230 | 2D555433321 | µTorrent 3.2.2 | 11/21/12 12:20:40 PM | S0054-000 | WideOpen | Chicago Heights | Cook |
| 39 | 98.212.13.243 | 4D372D372D | BitTorrent 7.7.0 | 11/22/12 03:05:21 PM | S0054-000 | Comcast ( | Plainfield | Will |
| 40 | 76.16.231.0 | 4D372D372D | BitTorrent 7.7.0 | 11/25/12 05:06:26 AM | S0054-000 | Comcast ( | Chicago | Cook |
| 41 | 50.148.86.27 | 2D555433321 | µTorrent 3.2.2 | 11/26/12 10:23:09 PM | S0054-000 | Comcast ( | Rockford | Winnebago |
| 42 | 24.1.92.178 | 2D555433321 | µTorrent 3.2.1 | 11/26/12 01:33:15 AM | S0054-000 | Comcast ( | Naperville | DuPage |
| 43 | 173.165.30.25 | 2D555433311 | µTorrent 3.1.3 | 11/26/12 08:02:32 PM | S0054-000 | Comcast E | Chicago | Cook |
| 44 | 98.213.250.71 | 2D555433321 | µTorrent 3.2.2 | 11/30/12 10:51:55 AM | S0054-000 | Comcast ( | Rockford | Winnebago |
| 45 | 67.167.206.223 | 2D555433321 | µTorrent 3.2.2 | 12/1/12 06:30:21 PM | S0054-000 | Comcast ( | Chicago | Cook |
| 46 | 98.213.241.42 | 2D555433321 | µTorrent 3.2.2 | 12/3/12 12:57:06 AM | S0054-000 | Comcast ( | Rockford | Winnebago |
| 47 | 64.250.114.207 | 2D415A3438: | Vuze 4.8.0.0 | 12/4/12 10:06:14 PM | S0054-000 | Genesis A | Libertyville | Lake |
| 48 | 108.88.25.46 | 2D555433321 | µTorrent 3.2.2 | 12/8/12 09:57:46 AM | S0054-000 | AT&T U-v | Chicago | Cook |
| 49 | 98.213.241.42 | 2D555433321 | µTorrent 3.2.3 | 12/10/12 04:09:43 PM | S0054-000 | Comcast ( | Rockford | Winnebago |
| 50 | 98.213.250.71 | 2D555433321 | µTorrent 3.2.3 | 12/10/12 06:28:02 PM | S0054-000 | Comcast ( | Rockford | Winnebago |
| 51 | 69.245.214.208 | 2D4C540341 | libtorrent (Raster | 12/10/12 11:30:05 AM | S0054-000 | Comcast ( | Chicago | Cook |
| 52 | 70.233.18.110 | 2D555433321 | µTorrent 3.2.3 | 12/13/12 02:21:27 AM | S0054-000 | AT&T Inte | Arlington Heights | Cook |
| 53 | 98.220.85.3 | 2D555433321 | µTorrent 3.2.2 | 12/15/12 01:07:18 PM | S0054-000 | Comcast ( | Chicago | Cook |
| 54 | 76.16.214.11 | 2D555433311 | µTorrent 3.1.3 | 12/16/12 07:40:47 PM | S0054-000 | Comcast ( | Chicago | Cook |
| 55 | 50.148.38.93 | 2D554D3138: | µTorrent Mac 1.8 | 12/19/12 10:39:19 AM | S0054-000 | Comcast ( | Chicago | Cook |
| 56 | 67.186.115.190 | 4D372D372D | BitTorrent 7.7.0 | 12/23/12 03:06:49 PM | S0054-000 | Comcast ( | Lemont | DuPage |
| 57 | 99.118.128.215 | 2D555433321 | µTorrent 3.2.1 | 12/27/12 05:28:55 PM | S0054-000 | AT&T Inte | Woodridge | DuPage |
| 58 | 108.82.76.184 | 2D555433321 | µTorrent 3.2.1 | 12/27/12 09:05:09 AM | S0054-000 | AT&T Inte | Lisle | DuPage |
| 59 | 67.167.213.245 | 2D555433321 | µTorrent 3.2.3 | 12/27/12 12:16:48 AM | S0054-000 | Comcast ( | Chicago | Cook |
| 60 | 108.205.188.196 | 2D555433321 | µTorrent 3.2.1 | 12/27/12 05:03:44 PM | S0054-000 | AT&T Inte | Lisle | DuPage |
| 61 | 108.66.59.28 | 2D555433321 | µTorrent 3.2.1 | 12/27/12 01:57:03 PM | S0054-000 | AT&T Inte | Woodridge | DuPage |
| 62 | 99.118.128.176 | 2D555433321 | µTorrent 3.2.1 | 12/30/12 11:03:46 AM | S0054-000 | AT&T Inte | Woodridge | Will |
| 63 | 99.24.229.119 | 2D555433321 | µTorrent 3.2.1 | 12/30/12 08:07:43 PM | S0054-000 | AT&T Inte | Woodridge | DuPage |
| 64 | 99.41.244.162 | 2D555433321 | µTorrent 3.2.1 | 12/31/12 05:48:59 AM | S0054-000 | AT&T Inte | Bolingbrook | Will |
| 65 | 108.82.77.122 | 2D555433321 | µTorrent 3.2.1 | 1/2/13 03:13:09 AM | S0054-000 | AT&T Inte | Woodridge | DuPage |